UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN BIVIANO ZAPATA,<br><br>Defendant. | 3:24-CR-30057-ECS<br><br><br>ORDER GRANTING MOTION FOR<br>AMENDED JUDGMENT |

The Court deferred ruling on forfeiture in this matter until resolution of Defendant's appeal. Docs. 46, 58. When the Eighth Circuit affirmed this Court's judgment, United States v. Zapata, No. 25-2000, 2026 WL 1755490 (8th Cir. June 18, 2026) (per curiam), the Court entered a Preliminary Order of Forfeiture allowing the Government to seize the firearm Defendant used or intended to use in committing the offense of conviction. Doc. 77. The Government now moves the Court pursuant to Federal Rules of Criminal Procedure 32.2(b)(4)(B) and 36 to amend the judgment to include the forfeiture. Doc. 78. Good cause appearing, it is hereby

ORDERED that the United States Probation Office is directed to prepare an Amended Judgment such that a:

a. **Smith and Wesson M&P 15 rifle, bearing serial number TT44516**

is added to the items to be forfeited to the United States.

DATED this 28 day of July, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE